UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION
CIVIL ACTION NO:

| | |
|---|---|
| LINDA C. SWEETEN, AND MICHAEL LUKASAVAGE, <br><br> Plaintiffs, <br><br> vs. <br><br> FOOD LION, LLC, & DELHAIZE AMERICA, LLC, <br><br> Defendant. | **NOTICE OF REMOVAL** |

**TO:  THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENWOOD DIVISION; THE COURT OF COMMON PLEAS FOR MCCORMICK COUNTY, SOUTH CAROLINA, AND ALL PARTIES AND ATTORNEYS OF RECORD:**

YOU WILL PLEASE TAKE NOTICE that Defendants hereby invoke the removal jurisdiction of the United States District Court for the District of South Carolina pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 on the following grounds:

1. Upon information and belief, at the time of the commencement of this action and of the filing of this Notice of Removal, Plaintiffs were and are residents of the State of South Carolina.

2. At the time of the commencement of this action and of the filing of this Notice of Removal, Defendants Food Lion, LLC and Delhaize America, LLC, were and are North Carolina LLCs.

3. Pursuant to 28 U.S.C. §§1332, 1441, and 1446, complete diversity of citizenship exists, and this Court has subject matter jurisdiction over this case.

4. Plaintiffs allegedly served both defendants on or about March 9, 2023. This action

is now pending in the Court of Common Pleas for Aiken County, State of South Carolina, located within the above named Division of this Court.

5. This is a civil action in which Plaintiffs seek to recover damages and alleges the matter in controversy between the Plaintiffs and Defendants, exclusive of interest and costs, exceeds the sum or value of Seventy Five Thousand and no/100 Dollars ($75,000.00), of which the District Courts of the United States have original jurisdiction.

6. A copy of all process, pleadings and orders served upon Defendants are attached to this Notice.

7. Defendants are providing simultaneously the Clerk of Court of the County from which the action was removed and all parties with a copy of this Notice for Removal.

WHEREFORE, Defendants pray that this Notice for Removal be accepted as sufficient for removal of this action to this Court.

                                        TURNER, PADGET, GRAHAM & LANEY, P.A.

By:     /s/ Charles F. Moore
        Charles F. Moore (ID# 7807)
        Post Office Box 1473
        Columbia, S.C. 29202
        Phone: (803) 227-4225
        Fax: (803) 400-1517
        Email: cmoore@turnerpadget.com

ATTORNEYS FOR DEFENDANTS

April 6, 2023